WR-61,939-02
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/13/2015 10:56:32 AM
Accepted 2/13/2015 1:12:35 PM
ABEL ACOSTA
CLERK

Nos. WR-61,939-01 and WR-61,939-02

RECEIVED
COURT OF CRIMINAL APPEALS
2/13/2015
ABEL ACOSTA, CLERK

## IN RE DAVID DOW AND
## JEFFREY R. NEWBERRY,

### Respondents.

_____

## ADVISORY

_____

**TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:**

Counsel files this advisory pursuant to the Court's January 14 order that he provide a list of the cases in which he is counsel of record in the trial courts that are returnable to this Court. Counsel is currently appointed as counsel of record in the trial courts in the following cases:

- *Ex parte Griffin*, No. 10-05176-CRF-361-A (361st Dist. Ct., Brazos County) (11.071 application filed December 1, 2014).

- *Ex parte Armstrong*, No. WR-78,106-01 (370th Dist. Ct., Hidalgo County)

- *Pruett v. State*, No. AP-77,037 (Tex. Crim. App.) (petition for a writ of certiorari filed in the Supreme Court on January 20, 2015 off of this Court's October 22, 2014 opinion) (currently working on another

1

document related to Pruett's chapter 64 proceedings which, if the Court grants counsel leave, will be filed in this Court)

- *Ex parte Bartee*, No. 1997-CR-1659 (175th Dist. Ct., Bexar County) (chapter 64 proceedings in trial court)

- *Ex parte Smith*, No. 274702-C (230th Dist. Ct., Harris County)

In addition to the above cases in which counsel is counsel of record in the state courts, counsel is counsel of record in the federal courts for the cases listed below. Counsel's duties pursuant to 18 U.S.C. section 3599 could require he seek leave to return to this Court on behalf of any of these clients. For each, counsel has provided the district court cause number though some are currently pending in either the United States Court of Appeals for the Fifth Circuit or the Supreme Court of the United States.

- *Garcia v. Stephens*, No. 4:08-cv-02929 (S.D. Tex.)

- *Bartee v. Reed*, No. 5:12-cv-00420-FB (W.D. Tex.)

- *Bartee v. Stephens*, No. 5:06-cv-00263-FB (W.D. Tex.)

- *Bridgers v. Stephens*, No. 4:07-cv-00479-RAS (E.D. Tex.)

- *Busby v. Stephens*, No. 4:09-cv-00160-O (N.D. Tex.)

- *Clark v. Director*, No. 2:03-cv-00357-JRG-RSP (E.D. Tex.)

- *Hall v. Stephens*, No. 3:10-cv-00135-FM (W.D. Tex.)

- *Hartfield v. Osborne*, No. 4:14-cv-03120 (S.D. Tex.)

- *Lopez v. Stephens*, No. 2:12-cv-00160 (S.D. Tex.)

- *Murphy v. Stephens*, No. 3:09-cv-01368-L-BN (N.D. Tex.)

- *Pruett v. Stephens*, No. 2:06-cv-00465 (S.D. Tex.)

- *Ramey v. Stephens*, No. 6:13-cv-00043 (S.D. Tex.)

- *Jones v. Stephens*, No. 4:09-cv-01825 (S.D. Tex.)

- *Sorto v. Stephens*, No. 4:10-cv-00613 (S.D. Tex.)

- *Ward v. Stephens*, No. 3:10-cv-02101-N (N.D. Tex.)

- *Young v. Stephens*, No. 5:13-cv-00500-XR (W.D. Tex.)

- *Soffar v. Texas Board of Pardons and Paroles*, No. 1:14-cv-00980-LY (W.D. Tex.)


Respectfully Submitted,


s/ David R. Dow

_____
David R. Dow
University of Houston Law Center
Texas Bar No. 06064900
100 Law Center
Houston, Texas 77204-6060
Tel. (713) 743-2171
Fax (713) 743-2131

3